

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00746-CR

Frederick **FLETCHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2015CR8480
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  December 28, 2016

DISMISSED FOR LACK OF JURISDICTION

Appellant Frederick Fletcher has filed a notice of appeal, seeking review of the trial court's denial of his Application for Writ of Habeas Corpus Seeking Immediate Release, Reinstatement of Prior Bond Amount, or Setting of Bond Hearing. The trial court denied appellant's application on May 24, 2016. Appellant did not file his notice of appeal until October 31, 2016. Appellant's notice of appeal, filed five months after the trial court's order was signed, appears to be untimely filed.

Therefore, we ordered appellant to show cause on or before December 8, 2016 why this appeal should not be dismissed for lack of jurisdiction. Appellant has not responded. We dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish